**SO ORDERED**
**Based upon the record at the hearing held on November 29, 2011.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                   *

SHENITA GAIL BALDWIN,                    *       Case Number:  11-22284-RAG

    Debtor.                              *       Chapter 7

*    *    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER DISMISSING CASE

Upon consideration of the *Trustee's Notice of Noncompliance of Debtor* and finding cause to dismiss this case, it is hereby ORDERED:

The Chapter 7 case of Shenita Gail Baldwin is DISMISSED.

ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:     Mark J. Friedman, Trustee
        DLA Piper LLP (US)
        6225 Smith Avenue
        Baltimore, Maryland  21209-3600

        Mark A. Neal, Esquire
        Assistant U.S. Trustee
        Office of the U.S. Trustee
        101 West Lombard Street, Ste. 2625
        Baltimore, Maryland  21201

EAST\46834356.1

Mark D. Macaluso, Esquire
5008 Harford Road
Baltimore, Maryland  21214

Shenita Gail Baldwin
6413 Cedar Furnace Circle
Glen Burnie, Maryland  21061

**END OF ORDER**